IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. FRENCH, JR.,

                    Plaintiff,                        OPINION AND ORDER

    v.

                                                     19-cv-932-slc

CHRIS BUESGEN, SANDRA ENDER,
and TAMMY MAASSEN,

                    Defendants.

*Pro se* plaintiff John French, a prisoner currently incarcerated at Columbia Correctional Institution (Columbia), is proceeding in this civil action against Tammy Maassen, Sandra Ender, and Chris Buesgen, on constitutional claims challenging his medical care at Jackson Correctional Institution (Jackson) from 2019. Defendants filed a motion for summary judgment (dkt. 49), and the court set September 20, 2021, as plaintiff's opposition deadline. On September 20, rather than filing his opposition materials, plaintiff sought an extension of that deadline, and I granted him until October 20, 2021, to respond to defendants' motion. However, plaintiff missed that deadline, which implies that he has abandoned his remaining claims in this lawsuit. I will give plaintiff one last chance, until November 22, 2021, to respond to defendants' motion. If he fails to respond fully by this deadline, then I will dismiss plaintiff's claims against Maasen, Ender, and Buesgen with prejudice, for failure to prosecute.

ORDER

IT IS ORDERED that plaintiff John French has until **November 22, 2021,** to file an opposition to defendants' motion for summary judgment.  **Plaintiff is advised that his failure to respond by that deadline will cause the court to dismiss his remaining claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

Entered this 9th day of November, 2021.

BY THE COURT:

/s/

_____

STEPHEN L. CROCKER
Magistrate Judge